**Order filed September 25, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00716-CV

_____

**MOHAMMED ZAHIRRUDIN, Appellant**

**V.**

**RS 6600 SW FWY, LP, Appellee**

---

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-71889**

---

## O R D E R

The clerk's record was filed October 14, 2011. Our review has determined that relevant items have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain all pleadings on which the trial was held, the court's docket sheet, the court's charge and the jury's verdict, or the court's findings of fact and conclusions of law, any post-judgment motion, and any formal bill of exception.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before October 9, 2012, containing all pleadings on which the trial was held, the

court's docket sheet, the court's charge and the jury's verdict, or the court's findings of fact and conclusions of law, any post-judgment motion, and any formal bill of exception.

If the omitted items are not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM